IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **DESTINY DELANA ROSENBERGER,** : <br> : <br> Petitioner, : <br> : <br> V. : <br> :     NO. 3:22-cv-00115-CAR-CHW <br> **UNNAMED RESPONDENT,** : <br> : <br> Respondent. : <br> : | |

## ORDER

Petitioner Destiny Delana Rosenberger, has filed this 28 U.S.C. § 2254 petition, challenging her conviction in the Athens-Clarke County Superior Court.  Pet. for Writ of Habeas Corpus, ECF No. 1.  Petitioner has not, however, either paid the $5.00 filing fee or moved the Court to allow her to proceed *in forma pauperis* in this action.

It is therefore **ORDERED** that Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this order to either pay the required $5.00 filing fee or submit a motion to proceed *in forma pauperis* along with a certified copy of her trust fund account statement, including a printout of her account transactions, for the last six months. Petitioner's failure to fully and timely comply with this order may result in the dismissal of this action.

The Clerk of Court is **DIRECTED** to forward a blank motion to proceed without prepayment of fees, along with the appropriate account certification form and Petitioner's service copy of this order (all showing the civil action number) to Petitioner.

There shall be no service of process in this case until further order of the Court.

**SO ORDERED and DIRECTED**, this 21st day of December, 2022.

                                                    s/ Charles H. Weigle
                                                  Charles H. Weigle
                                                  United States Magistrate Judge