IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **DESTINY DELANA ROSENBERGER,** : <br> : <br> Petitioner, : <br> : <br> V. : <br> :    NO. 3:22-cv-00115-CAR-CHW <br> **UNNAMED RESPONDENT,** : <br> : <br> Respondent. : <br> : | |

### ORDER OF DISMISSAL

Petitioner Destiny Delana Rosenberger, filed this 28 U.S.C. § 2254 petition, challenging her conviction in the Athens-Clarke County Superior Court.  Pet. for Writ of Habeas Corpus, ECF No. 1.  Petitioner did not either pay the $5.00 filing fee or move for leave to proceed *in forma pauperis* in this action.  As a result, she was ordered to either pay the fee or move for leave to proceed *in forma pauperis* before this action could proceed.  Order, ECF No. 3.  Petitioner was given fourteen days to comply and was cautioned that her failure to do so could result in the dismissal of this action.  *Id.*

More than fourteen days passed following entry of that order, and Petitioner did not pay the fee, move for leave to proceed *in forma pauperis*, or otherwise respond to the order.  Therefore, Petitioner was ordered to respond and show cause why the case should not be dismissed based on her failure to comply.  Order to Show Cause, ECF No. 4.  Petitioner was given fourteen days to respond and was cautioned that her failure to do so would likely result in the dismissal of this case.  *Id.*

More than fourteen days have now passed since the show cause order was entered, and Petitioner has not responded to that order. Thus, because Petitioner has failed to respond to the Court's orders or otherwise prosecute her case, this action is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 9th day of March, 2023.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT